IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACKIE BARLOW,

Plaintiff,

v.

MADISON COUNTY, ILLINOIS and
AMY MEYER,

Defendants.

Case No. 17-cv-847 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 31, 2019**  **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray**
**Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**